**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UMG Recordings, Inc., et al., | ) |
| | ) No. CIV 06-2401-PHX-SMM |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) JUDGMENT AND PERMANENT |
| Tania Murdock, | ) INJUNCTION BASED ON |
| | ) STIPULATION |
| Defendant. | ) |
| | ) |

The Court, having considered the Stipulation to Judgment and Permanent Injunction executed by the parties (Dkt. 10),

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiffs have alleged that Defendant distributed (including by uploading) and/or reproduced (including by downloading) via the Internet or an online media distribution system copyrighted sound recordings owned or controlled by the Plaintiffs, without Plaintiffs' authorization, in violation of 17 U.S.C. § 501. Without admitting or denying liability, Defendant has not contested Plaintiffs' allegations, and has acknowledged

1  that such conduct is wrongful.

2      2.    Defendant shall pay to Plaintiffs in settlement of this action the total sum of
3  $9210.00.

4      3.    Defendant shall pay Plaintiffs' costs of suit (complaint filing fee and service of
5  process fee) in the amount of $490.00.

6      4.    Defendant shall be and hereby is enjoined from directly or indirectly
7  infringing Plaintiffs' rights under federal or state law in any sound recording, whether now in
8  existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary,
9  or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation
10 by:

11     a.    using the Internet or any online media distribution system to reproduce
12 (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload)
13 any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings
14 available for distribution to the public, except pursuant to a lawful
15 license or with the express authority of Plaintiffs; or

16     b.    causing, authorizing, permitting, or facilitating any third party to access
17 the Internet or any online media distribution system through the use of
18 an Internet connection and/or computer equipment owned or controlled
19 by Defendant, to reproduce (i.e., download) any of Plaintiffs'
20 Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or
21 to make any of Plaintiffs' Recordings available for distribution to the
22 public, except pursuant to a lawful license or with the express authority
23 of Plaintiffs.

24 Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant and/or

25

1  any third party that has used the Internet connection and/or computer equipment owned or
2  controlled by Defendant has downloaded without Plaintiffs' authorization onto any computer
3  hard drive or server owned or controlled by Defendant, and shall destroy all copies of those
4  downloaded recordings transferred onto any physical medium or device in Defendant's
5  possession, custody, or control.

6       5.    Defendant irrevocably and fully waives notice of entry of the Judgment and
7  Permanent Injunction, and understands and agrees that violation of the Judgment and
8  Permanent Injunction will expose Defendant to all penalties provided by law, including for
9  contempt of Court.

10      6.    Defendant irrevocably and fully waives any and all right to appeal this
11 Judgment and Permanent Injunction.

12      7.    Nothing contained in the Judgment and Permanent Injunction shall limit the
13 right of Plaintiffs to recover damages for any and all infringements by Defendant of any
14 right under federal copyright law or state law occurring after the date Defendant executes the
15 Stipulation to Judgment and Permanent Injunction.

16      8.    Defendant shall not make any public statements that are inconsistent with any
17 term of the Stipulation to Judgment and Permanent Injunction.

18      9.    The Court shall maintain continuing jurisdiction over this action for the
19 purpose of enforcing this final Judgment and Permanent Injunction.

20      DATED this 9th day of May, 2007.

21
22                         Stephen M. McNamee
                        United States District Judge
23
24
25